FILED

JUL 28 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BUDDENBERG,<br><br>Defendant. | Case No. 4:15-mj-70945-MAG-1 (DMR)<br><br>Charging District: Southern District of California, San Diego<br><br>Charging District's Case No.: 15-CR-1928-LAB |
|---|---|

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The defendant is requesting court-appointed counsel. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court, Southern District of California<br><br>333 West Broadway<br><br>San Diego, CA 92101 | Courtroom No.: Courtroom 14A (14th Floor) |
|---|---|
| | Honorable Larry Alan Burns |
| | Date and Time: September 9, 2015 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: July 28, 2015

_____
DONNA M. RYU
United States Magistrate Judge